# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-290-939**
**Effective Date of Registration:** March 16, 2022
**Registration Decision Date:** March 17, 2022

## Title

**Title of Work:** Crackers the Cockatrice

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** July 29, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Bad Dragon Enterprises, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Bad Dragon Enterprises, Inc.
16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States

## Rights and Permissions

**Organization Name:** RM Warner, PLC
**Name:** Michael B. Dvoren
**Email:** michael@rmwarnerlaw.com
**Telephone:** (480)331-9397
**Alt. Telephone:** (602)635-6882
**Address:** 8283 N. Hayden Rd. Suite 229
Scottsdale, AZ 85258 United States

## Certification

      **Name:** Michael B. Dvoren
      **Date:** March 16, 2022

**Correspondence:** Yes