# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-381-597**
**Effective Date of Registration:** February 05, 2024
**Registration Decision Date:** February 06, 2024

## Title

| | |
|---|---|
| Title of Work: | Kelvin the Ice Dragon |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |
| Date of 1st Publication: | March 21, 2014 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Robert Higgins |
| Author Created: | sculpture |
| Work made for hire: | No |
| Citizen of: | not known |
| Domiciled in: | United States |
| Year Born: | 1991 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Bad Dragon Enterprises, Inc. |
| | 16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | RM Warner, PLC |
| Name: | Michael Dvoren |
| Email: | michael@rmwarnerlaw.com |
| Telephone: | (602)635-6882 |
| Alt. Telephone: | (480)331-9397 |
| Address: | 8283 N. Hayden Rd., Suite 229 |

Scottsdale, AZ 85258 United States

## Certification

| | |
|---|---|
| **Name:** | Michael Dvoren |
| **Date:** | February 05, 2024 |

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.