# EXHIBIT H

**Registration #:** VA0002275641
**Service Request #:** 1-10974298761



Jaburg Wilk
Michael B. Dvoren
3200 N. Central Ave., Suite 2000
Phoenix, AZ 85012 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number:**
**VA 2-275-641**
**Effective Date of Registration:**
November 12, 2021
**Registration Decision Date:**
November 16, 2021

## Title
- **Title of Work:** IKA

## Completion/Publication
- **Year of Completion:** 2016
- **Date of 1st Publication:** October 19, 2016
- **Nation of 1st Publication:** United States

## Author
- **Author:** Bad Dragon Enterprises, Inc.
- **Author Created:** sculpture
- **Work made for hire:** Yes

## Copyright Claimant
- **Copyright Claimant:** Bad Dragon Enterprises, Inc.
  16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States

## Rights and Permissions
- **Name:** Michael B. Dvoren
- **Email:** mbd@jaburgwilk.com
- **Telephone:** (602)248-1000

## Certification
- **Name:** Michael B. Dvoren
- **Date:** November 12, 2021

**Correspondence:** Yes