# EXHIBIT I

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**

## VA 2-290-931

**Effective Date of Registration:**
March 16, 2022
**Registration Decision Date:**
March 17, 2022

## Title

        Title of Work:   Nocturne The Enderfang

## Completion/Publication

        Year of Completion:   2016
    Date of 1st Publication:   August 29, 2016
  Nation of 1st Publication:   United States

## Author

-           Author:   Bad Dragon Enterprises, Inc.
     Author Created:   sculpture
  Work made for hire:   Yes
         Citizen of:   United States
       Domiciled in:   United States

## Copyright Claimant

  Copyright Claimant:   Bad Dragon Enterprises, Inc.
                          16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States

## Rights and Permissions

  Organization Name:   RM Warner, PLC
               Name:   Michael B. Dvoren
                Email:   michael@rmwarnerlaw.com
           Telephone:   (480)331-9397
    Alt. Telephone:   (602)635-6882
              Address:   8283 N. Hayden Rd., Suite 229
                             Scottsdale, AZ 85258 United States

## Certification

     **Name:** Michael B. Dvoren
     **Date:** March 16, 2022

  **Correspondence:** Yes