# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-381-851**

**Effective Date of Registration:**
February 07, 2024
**Registration Decision Date:**
February 08, 2024

## Title

**Title of Work:** Vergil the Drippy Dragon

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** August 23, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Bad Dragon Enterprises, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Bad Dragon Enterprises, Inc.
16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States

## Rights and Permissions

**Organization Name:** RM Warner, PLC
**Name:** Michael Dvoren
**Email:** michael@rmwarnerlaw.com
**Telephone:** (602)635-6882
**Alt. Telephone:** (480)331-9397
**Address:** 8283 N. Hayden Rd., Suite 229
Scottsdale, AZ 85258 United States

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-381-851**

**Effective Date of Registration:**
February 07, 2024
**Registration Decision Date:**
February 08, 2024

## Title

| | |
|---|---|
| Title of Work: | Vergil the Drippy Dragon |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |
| Date of 1st Publication: | August 23, 2012 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Bad Dragon Enterprises, Inc. |
| Author Created: | sculpture |
| Work made for hire: | Yes |
| Citizen of: | United States |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Bad Dragon Enterprises, Inc. |
| | 16845 N 29th Avenue, Ste #1, Phoenix, AZ, 85053, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | RM Warner, PLC |
| Name: | Michael Dvoren |
| Email: | michael@rmwarnerlaw.com |
| Telephone: | (602)635-6882 |
| Alt. Telephone: | (480)331-9397 |
| Address: | 8283 N. Hayden Rd., Suite 229 |
| | Scottsdale, AZ 85258 United States |

Page 1 of 2