# EXHIBIT N

| Exhibit | Plaintiff's Infringed Work | Defendant's Infringing Product |
|---|---|---|
| A | **Crackers The Cockatrice®**   | **Asmodeus**  |
| B | **Fenrir the Wolf Dragon®**   | **Astaroth** <br>[IMAGE MISSING]<br>Previously available at https://sinsaint.com/dildos/astaroth-silicone-fantasy-toydildo |

C **Kelvin the Ice Dragon®**





D **Pretzal™**



E **Razor the Doberman®**



**Behemoth**



**Cobra**



**Crane**



| | | |
|---|---|---|
| F | **Stan The T. Rex®** | **Gaur** |





| | | |
|---|---|---|
| G | **Spritz the Seadragon®** | **Idyll** |





H **Ika®**





**Lao**



I **Nocturne The Enderfang®**





**Monarch**



| | | |
|---|---|---|
| J | **Vergil the Drippy Dragon™**   | **Ogle**  |
| K | **Marcel®**   | **Sauron** [IMAGE MISSING] Previously available at https://sinsaint.com/dildos/sauron-silicone-pleasure-toy) |

L      **Echo's Horn®**



**Tomee**



M      **Tyson the Water Buffalo™**



**Willy**

