# EXHIBIT A



IKA

Bad Dragon



LAO

SinSaint

IKA



LAO



IKA



LAO





LAO



# EXHIBIT B

# CRACKERS

# ASMODEUS

BAD DRAGON

SINSAINT





# CRACKERS



# ASMODEUS



CRACKERS



ASMODEUS





CRACKERS



ASMODEUS

# EXHIBIT C

NOCTURNE



MONARCH

NOCTURNE



MONARCH





NOCTURNE



MONARCH

NOCTURNE

MONARCH



# EXHIBIT D

Count 2



**3**

SINSAINT

**VS**

**ASTAROTH**

**FENRIR**

**ASTAROTH**

**VS**

**FENRIR**

# ASTAROTH

SINSAINT

**VS**

# FENRIR



SINSAINT

**SAURON**

**VS**

**MARCEL**

SAURON

SINSAINT

VS

MARCEL



SAURON

SINSAINT





MARCEL