# Kaufman & Kahn, LLP

June 30, 2025

BY ECF

Hon. Judge Eric N. Vitaliano
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Bad Dragon, Inc. v. SinSaint, Inc. (Case No. 1:25-cv-02159-ENV-LKE)

To the Honorable Judge Vitaliano:

    We are counsel to Bad Dragon, Inc., Plaintiff in the above-entitled case, and write to report that the parties have reached a settlement in principle. As such, the parties jointly request that the Court adjourn for 60 days, from June 30, 2025 to August 29, 2025, the time for the parties to provide a briefing schedule pursuant to the Court's Order dated June 13, 2025, during which time the parties intend to draft and enter into a written settlement agreement.

    Thank you for your consideration of this matter.

                                      Respectfully submitted,

                                      /s/ Mark S. Kaufman
                                      Mark S. Kaufman