UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BAD DRAGON ENTERPRISES, INC.,

                Plaintiff,

-- against --

SINSAINT INC.,

                Defendant.

Case No. 1:25-cv-02159-ENV-LKE

**STIPULATION OF DISMISSAL**

---

Plaintiff, Bad Dragon Enterprises, Inc. and Defendant, SinSaint Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice, and each party shall bear its respective fees and costs.

Dated: August 7, 2025

KAUFMAN & KAHN, LLP

BY: _____
Mark S. Kaufman
10 Grand Central
155 East 44th Street,19th Floor
New York, NY 10017
212-293-5556
Email: kaufman@kaufmankahn.com
*Attorneys for Plaintiff Bad Dragon
Enterprises, Inc.*

LAW OFFICE OF JASON B. LATTIMORE,
ESQ.

BY: _____
Jason Bayard Lattimore
55 Madison Avenue, Ste 400
Morristown, NJ 07960
973-998-7477
Email: jason@lattimorelaw.com
*Attorneys for Defendant SinSaint Inc.*